UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CENTER FOR FOOD SAFETY, et al.,                             :
:
                           Plaintiffs,     :
:        17-cv-3833 (VSB)
    -against-                                              :
:               **ORDER**
UNITED STATES FOOD AND DRUG                                 :
ADMINISTRATION, et al.,                                     :
:
                          Defendants.     :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On October 18, 2018, I entered the parties' proposed scheduling order for summary judgment briefing. (Doc. 52.) Pursuant to this order, the parties agreed to a production schedule for the administrative record ("Record"). (*Id.*) Subsequently, the parties filed cross motions for summary judgment. (*See* Docs. 65–71, 74–75.) It is unclear based on the docket whether the parties provided me with the Record. The parties are directed to inform me whether they did in fact provide me with the Record, and if so, to provide me with another copy of the Record, by on or before July 30, 2021. If the parties did not, the parties are directed to file a certified index of the Record, and a joint appendix containing only the cited portions of the Record, by on or before August 6, 2021. Additionally, the parties are directed to provide two courtesy copies of their summary judgment briefing, by on or before July 30, 2021.

SO ORDERED.

Dated: July 23, 2021
      New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge