# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CENTER FOR FOOD SAFETY, BREAST
CANCER PREVENTION PARTNERS,
CENTER FOR SCIENCE IN THE PUBLIC
INTEREST, ENVIRONMENTAL DEFENSE
FUND, and ENVIRONMENTAL WORKING
GROUP,

                  Plaintiff,                  17 **CIVIL** 3833 (VSB)

        -against-                    **JUDGMENT**

XAVIER BECERRA, SECRETARY,
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; JANET WOODCOCK,
COMMISSIONER, UNITED STATES FOOD
AND DRUG ADMINISTRATION; and
UNITED STATES FOOD AND DRUG
ADMINISTRATION,

                  Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2021, Accordingly, because I find that the GRAS Rule (1) does not unlawfully subdelegate FDA's duty to ensure food safety; (2) does not exceed FDA's statutory authority; (3) does not constitute arbitrary and capricious agency action in violation of the FDCA and APA; and (4) does not conflict with the FDCA, Plaintiffs' motion for summary judgment is DENIED, and the Government's motion for summary judgment is GRANTED, and this case is closed.

**Dated:**  New York, New York
  September 30, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
**BY:** *[signature: David J. ...]*
**Deputy Clerk**
